Dismissed and Opinion filed September 11, 2003









Dismissed and Opinion filed September 11, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00500-CV

____________

 

KIM HOWARD, Appellant

 

V.

 

SCARBOROUGH PROPERTIES, L.L.C., Appellee

 



 

On Appeal from the County Civil Court at
Law No. 4

Harris County, Texas

Trial Court Cause No. 773,093

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed March 25, 2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On August 21, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed September 11, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.